

Timothy E. Di Domenico
Tel 212.801.2127
Fax 212.224.6104
didomenicot@gtlaw.com

**MEMO ENDORSED**

December 11, 2020

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Proceedings stayed through 3/12/2021. 12/16/2020 Conference adjourned sine die.*

**SO ORDERED**

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
12/12/2020

Re:   *McCarthy v. C.R. Bard, et al.*, Case No. 1:20-cv-07194-LAK
       Joint Letter Request for Temporary Stay and Adjournment of
       Initial Pretrial Conference Pending Settlement

Dear Judge Kaplan:

   We are counsel to defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") and we write jointly with counsel for plaintiff Maureen McCarthy to request a 90-day stay of discovery and adjournment of the initial pretrial conference scheduled for December 16, 2020. The parties are currently engaged in advanced negotiations for a global settlement of this and all similar inferior vena cava filter ("IVC Filter") actions filed by Plaintiff's counsel in courts across the country. Plaintiff's counsel and Bard have already settled in principle approximately 300 similar cases and believe that this case too will soon be resolved. A stay of all proceedings now will conserve the resources of the Court, third-party health providers and the parties while allowing counsel to reach a global resolution.

**The National Bard IVC Filter Litigation and Settlement Proceedings**

   A.   **MDL Cases**

   This is a complex product liability action involving a Bard IVC Filter, a prescription implantable medical device. Because similar cases were filed in courts across the country a multidistrict litigation proceeding was created before the Honorable David G. Campbell in the United States District Court for the District of Arizona known as the *In Re Bard IVC Filters Products Liability Litigation*, MDL 2641 (D. Ariz.) ("MDL").

Greenberg Traurig, LLP | Attorneys at Law
445 Hamilton Avenue | 9th Floor | White Plains, NY  10601 | T +1 914.286.2900 | F +1 914.286.2990

www.gtlaw.com